UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00291-MOC

| | | |
|---|---|---|
| **CARRIAGE PARK ASSOCIATES, LLC,** | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| Vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| **ARENDALE HOLDINGS CORP.; AND MARJORIE R. MANN ,** | ) ) | |
| | ) | |
| Appellees. | ) | |

**THIS MATTER** is before the court on Certification from the Clerk of the Bankruptcy Court that appellant has failed to file the designation of the items to be included in the record on appeal and a statement of the issues to be presented to this court as required by Fed. R. Bankr. P. 8009.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this appeal is DISMISSED WITHOUT PREJUDICE for failure to comply with Rule 8009.

Signed: October 17, 2016



Max O. Cogburn Jr
United States District Judge