# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| CARRIAGE PARK ASSOCIATES, LLC**,** | ) ) ) | JUDGMENT IN CASE |
| Appellant, | ) ) | 1:16-cv-00291 |
| vs. | ) ) | |
| ARENDALE HOLDINGS CORP.; AND MARJORIE R. MANN**,** | ) ) ) | |
| Appellees. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2016 Order.

October 17, 2016

_____
Frank G. Johns, Clerk
United States District Court